
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

RECEIVED

OCT 13 2016

RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

Antoine Whitney Lee
(Enter Above the Name of the Plaintiff in this Action)

vs.

DR. DIMA L. DIAB. M.D
(Enter above the name of the Defendant in this Action)

1:16CV1001

J. DLOTT

MJ. LITKOVITZ

If there are additional Defendants, please list them:

_____

_____

_____

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Antoine Whitney Lee
Name - Full Name Please - PRINT

1540 Marlowe
Street Address

Cincinnati - ohio 45224
City, State and Zip Code

513-849-7470
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. DR. DIMA L. DIAB
   Name - Full Name Please

   222 Piedmont Ave # 4300. Cincinnati-Ohio 45129
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title _____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I am a Transgender woman, That have Been Taking hormone Therpay since the age of 18, I Was denied hormone treatment For Two years while I was locked up in the ohio department of Corrections which resulted a very big Withdraw of Estrogen From my system, which also Led to causing me harm I had to have one of my Testicles removed, once I was released From prison, I made a appointment with DR. Dima L. Diab who is a Endocrinologist at U.C health located at 222 piedmont Ave #4300 I was seen by her and I Explained To her my history Which included my history of Taking Estrogen also I Explained To her that I was in prison and Was denied hormone therpy For Two years. DR Diab changed my medication from 2.5 mg Twice A day To Estradiol 2mg Tablets a day, I redrne Back To prison So I was unable To Make my Appointment With DR Diab, Date in Question in the month of September 2016 I went to U.C health located at 222 piedmont Ave To make a appointment To Be seen by DR Diab, Because I knew I needed a follow, also my prescription For the Estradiol was Expried, DR. Diab and Wrote me a prescription For only 30 days also order Blood Work From me, which I completed the Blood work, I was also given a appointment To Be seen by her on october. 7th. 2016 at 12:10 which I did follow up with, and made it To the appointm

4/50-

-3-

cont on seperate page2

Page 2.

ON 10.7.2016 which I was seen by DR. Dima L Diab she advised me that my Estrogen levels was very low, and she would like it see my Level at One Hundred or higher and that she would increase my Estradiol Medication I explained to her that my one testical that I had left was swallon and I was in pain she ordered me a six months pill order of EstrADiol 2 mg Tablets 4 mg a day also 100 mg of SpironolacTone also 14 pills which was for pain, she Advised me That I could go to C.V.S pharmacy and pick up all three of the Medications I was Also given A Two page Medical report which STated on the report all Three of The Medication she orderd, After my Appointment I walked to the C.V.S on William high TAFT To Pick up all three of the MEdication once I Arrived There I was informed that I could only receive Two of The Medication

page 3

That DR Diab ~~Dan~~ Electrical sent a request for me To pick up I was Advised that I could receive the Third medication which was the pain medication That DR Diab orderd Because she would Need To write A hard copy So I could receive the medication, So I Called To UC health and Advised them what was Told me, I was informed To come Back To UC health So that DR. Diab could write me the hard copy For the medication I WAlked Back To UC health From C.V.S To pick up The hard copy To receive The pain Medication when I Arrived Back To UC health only 25 Minutes Later And After I called To UC health I was Told That DR Diab had left I was also Told that They was Calling her and Sending her Text messages and that I needed To wait Because she could return and white out the hard copy So I could take it To CVS For 2½ hours

Page 4
I was given the run around. I was told by several employees that another doctor would write the hard copy I was also told that DR Diab don't write orders for pain medication and that they seen in the computer that she electric sent the pain medication to CVS for 2 1/2 hours I sat back at UC health waiting to receive the hard copy for the pain medication I was finally told that I need to return Monday I did get upset and a lil loud because DR. Diab should have knew I knew a hard copy to receive the pain medication, I walked in 74 Degree weather back and fourth to CVS then I was delayed for 2 1/2 hours yes I was upset then I didn't receive the paid medicatin which I needed I did call UC health on the following monday and was told that Diab was in the office

page # 5

I did return to Dr. Diab office and I was told by a floor supervisor that Dr Diab deceided not to write a hard copy for the pain medication Because I got loud, and made a scene Also she sent me a letter stating she would no longer treat me - which I feel was wrong First and firemost she made the mistake And not to treat me for the pain Because she was told I made a scene was wrong. She wasn't there so I am sueing her for Voilating my 8th Amendment to a serious medical need and discrimination I did go to U.C hosiptil minutes later and recieve the pain medication Dr Diab wasn't in her office and never witnew me being a problem so she should have neve denied me medical care or stopped seeing me based on those reasons

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would like Dr Diab To pay me $200,000

I state under penalty of perjury that the foregoing is true and correct. Executed on this _____ day of _____, 20 16.

_____ Whitney Lee
Signature of Plaintiff

-4-