# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Antoine Whitney Lee,
    Plaintiff,

vs

Dr. Dima L. Diab, MD
    Defendant,

Case Number: 1:16-cv-1001

Judge Susan J. Dlott

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**  The Court hereby ADOPTS Report and Recommendations. Accordingly, the plaintiff's complaint is DISMISSED with prejudice.

November 30, 2016

Richard W. Nagel, Clerk of Court

By  s/Jennifer Webster
    Deputy Clerk